
RECEIVED
NOV - 8 2005
ROBERT H.
WESTERN D
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **ROBERT MOREAU** | **CIVIL ACTION NO. 05-1171** |
| VS. | JUDGE HAIK |
| **GLOBALSANTAFE DRILLING CO.** | MAGISTRATE JUDGE METHVIN |

## JURISDICTIONAL REVIEW RULING

Before the court is plaintiff's "Response to Order Requiring Submission on Jurisdictional Amount," filed pursuant to this court's order of October 4, 2005.[1] Having reviewed plaintiff's memorandum and the exhibits attached thereto, I conclude that plaintiff has proven by a preponderance of the evidence that the amount in controversy exceeds $75,000 by setting forth the specific facts in controversy that support a finding of the jurisdictional amount. Simon v. Wal Mart Stores, 193 F.3d 848 (5th Cir. 1999); Luckett v. Delta Airlines, Inc., 171 F.3d 295 (5th Cir. 1999). Relevant jurisdictional facts which have been included in the memorandum discuss the nature and severity of plaintiff's injuries, including the fact that plaintiff suffered permanent injuries to his cervical spine as a result of the workplace accident in question and has been awarded disability benefits under the Social Security Act. Plaintiff has also incurred medical expenses in the amount of $23,056.86 to date. Additionally, plaintiff, who was working as a survey technician aboard a jack up drilling rig at the time of the accident, alleges that he earned $22,425.28 per year, and further alleges that he suffered a loss of past earnings and benefits in excess of $100,000.00 and a future loss of earnings and benefits in excess of $450,000.00.

---

[1] Rec. Doc. 8.

2

Plaintiff also cites cases in which plaintiffs with similar disabling neck and back injuries were awarded general damages in the range of $200,000.00 to $500,000.00.

Considering the foregoing, the undersigned concludes that the jurisdictional amount is satisfied in this case.

Signed at Lafayette, Louisiana on November 8th, 2005.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)